# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.    NO. 4:05CR00213-001   SWW | |
| CLEVELAND RAY CROMWELL | DEFENDANT |

## ORDER

This matter is before the Court on defendant's motion for early termination of supervised release.  The government has no objection to early termination of defendant's supervised release.  The U.S. Probation Office has advised the Court that the defendant is eligible and appears to be an appropriate candidate for early termination of supervised release.  The Court finds that defendant's motion [doc #195] should be, and hereby is, *granted*.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 6th day of January 2014.

/s/Susan Webber Wright

United States District Judge